**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | | |
|---|---|---|
| HEE YOO SHIN (A 96 141 185) AND | ) | |
| IN SANG CHO (A 95 911 314) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY OF U.S. | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | FILED: April 01, 2008 |
| DONALD FERGUSON, UNITED STATES | ) | 08CV1870    AEE |
| CITIZENSHIP & IMMIGRATION SERVICE, | ) | JUDGE  GUZMAN |
| CHICAGO DISTRICT DIRECTOR, MICHAEL | ) | MAGISTRATE JUDGE VALDEZ |
| B. MUKASEY, U.S. ATTORNEY GENERAL, | ) | |
| AND THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT FOR WRIT OF MANDAMUS

NOW COMES the Plaintiffs, HEE YOO SHIN ("Shin") and IN SANG CHO ("Cho") (collectively "Plaintiffs"), by and through their attorneys, the AzulaySeiden Law Group, and complains as follows:

### INTRODUCTION

1.    This action is brought to compel action on Plaintiffs' properly Application for Lawful Permanent Resident Status ("Form I-485") with the United States Citizenship & Immigration Services ("USCIS" or "the Service") in Chicago, Illinois. To Plaintiffs' detriment, Defendants have failed to adjudicate the application.

### PARTIES

2.    Plaintiffs are husband and wife and natives and citizens of South Korea. Cho entered the United States in May 2001 on a valid visitor visa. Shin entered the United States in August of 1992 on a valid visitor visa.

3.     On May 28, 2002, Shin filed an Immigrant Petition for Alien Worker ("Form I-140") which was approved by the Service on November 30, 2002.  The I-140 Approval had a priority date of February 13, 2001. On December 23, 2002, Plaintiffs filed their respective Applications to Adjust to Permanent Resident Status ("Form I-485"), which remain pending with United States Citizenship and Immigration Service ("USCIS").

4.     Defendant Michael Chertoff ("Chertoff"), the Secretary for the Department of Homeland Security ("DHS"), is being sued in his official capacity only.  Chertoff is responsible for the adjudication of Plaintiffs' applications pursuant to 8 U.S.C. §1225.

5.     Defendant Donald Ferguson ("Ferguson"), the District Director of Chicago USCIS, is being sued in his official capacity only.  Ferguson is charged with supervisory authority over all of Chicago USCIS operations and USCIS agents and officers acting in their official capacity.

6.     Defendant, Michael B. Mukasey ("Mukasey"), is the Attorney General of the United States and is being sued in his official capacity only.  Mukasey is responsible for the adjudication of Plaintiffs' applications pursuant to 8 U.S.C. §1225.

## JURISDICTION

7.     This Court has original jurisdiction to hear both civil actions arising under the laws of the United States and actions to compel an officer or employee of the United States or any agency thereof to perform a duty.  28 U.S.C. §1331; 28 U.S.C. §1361. This Court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. §§2201-2202.  Relief is requested pursuant to said statutes.

8.     This action is brought to compel the Defendants, officers and an agency of the United States, to perform the duties arising under the law of the United States.

9.    This Court has jurisdiction to hear actions arising from claims that an agency or an officer or employee of a government agency failed to act in its official capacity and the person to whom the duty owed suffered a legal wrong.  5 U.S.C. §702.

10.    This action invokes Plaintiffs' right of due process under the Fifth Amendment of the United States Constitution, over which this Court retains jurisdiction.  28 U.S.C. §1331.

11.    Federal courts retain jurisdiction over adjudication matters when the INS (now USCIS) refuses to adjudicate their applications.  *Iddir v. INS*, 166 F.Supp.2d 1250, 1260 (N.D. Ill. 2001).

12.    The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") does not divest this Court of jurisdiction because Plaintiffs are not seeking a review of a denial; they are seeking to have their application adjudicated, which is among the duties conferred upon the Defendants by Congress.  *Id.* at 1256.

## VENUE

13.    Venue is proper in this court pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the district where a Defendant resides and where a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred.

14.    Plaintiffs' Forms I-485 were properly filed and, to Plaintiffs' knowledge, remain pending with the Chicago USCIS District Director.

## EXHAUSTION OF REMEDIES

15.    Plaintiffs have exhausted all administrative remedies.  Plaintiffs have made numerous inquiries concerning the status of their application and Defendants have failed to properly respond.

**CAUSE OF ACTION**

16.     Plaintiffs are husband and wife and natives and citizens of South Korea.  Cho's entered the United States in May 2001 on a valid visitor visa.  Shin entered the United States in August of 1992 on a valid visitor visa. **See Exhibit 1.**

17.     On May 28, 2002, Shin filed an Immigrant Petition for Alien Worker ("Form I-140") which was approved by the Service on November 30, 2002. The priority date for that petition is February 13, 2001.  On December 23, 2002, Plaintiffs filed their respective Form I-485 Applications, which remain pending with USCIS. **See Exhibit 2.**

18.     Plaintiffs have already appeared at the USCIS District Office in Chicago pursuant to their respective fingerprint notification appointments.

19.     On May 26, 2005, Plaintiffs appeared for their initial interview at the USCIS District Office in Chicago in regards to the adjudication of Forms I-485. **See Exhibit 3.**

20.     At the interview, the Adjudications Officer issued a Request for Evidence in regards to the Form I-485 and a response was timely submitted by Plaintiffs' attorney on June 6, 2005. **See Exhibit 4**.

21.     Over the past several years, Plaintiffs, individually and through their attorneys, have contacted USCIS and its various adjudicating officers and supervisors by telephone inquiries, letters and infopass appointments.

22.     On July 5, 2006, Plaintiffs, through their attorneys, attended an INFOPASS appointment at USCIS requesting status on the adjudication of Plaintiffs' Forms I-485.  The first written correspondence from USCIS with the status of the Plaintiffs' Form I-485 occurred on October 6, 2006 in response to Plaintiffs' attorneys inquiry of July 5, 2006. **See Exhibit 5**.  At

that time, USCIS advised only that Shin is under further review and the benefit sought is being examined.

23.     On October 4, 2006, prior to USCIS' October 6, 2006 correspondence, Plaintiffs' attorneys again contacted USCIS via the National Customer Service hotline to determine the status of the adjudication of the Applications.  A written response was given on October 18, 2006, advising that USCIS had to perform "additional review" which caused a longer processing time. **See Exhibit 6**.  Plaintiffs were advised to follow-up within six months if no decision had been made.

24.     On May 21, 2007, Plaintiffs' attorney attended another Info Pass appointment at the USCIS District Office in Chicago and were advised that the Plaintiffs' matter is still under investigation for "confidential reasons".

25.     On October 30, 2007, Plaintiffs, through their attorney, sent correspondence to USCIS care of Officer Blackwood requesting a status of their Forms I-485 as they had been pending for almost five (5) years and more than one (1) year since the last status report from USCIS. **See Exhibit 7**.

26.      To date, no response from USCIS has been forthcoming.  USCIS has not identified anything specific that was lacking from the Plaintiffs' Forms I-485 or any other obligations that Plaintiffs failed to perform.  Instead, Plaintiffs' applications have been pending for over five (5) years with countless inquires being made for the status and adjudication of same with little to no information forthcoming from the Defendants.

27.     Plaintiffs have been greatly damaged by the failure of the Defendants to act in accord with their duties under law.  Plaintiffs have a meritorious application which cannot be adjudicated because of Defendants' refusal to do so.

28.    The Defendants delay in the processing of Plaintiffs' application has further deprived them of their right to due process under the law as provided by the Fifth Amendment of the United States Constitution.

29.    The Defendants, in violation of the Administrative Procedure Act, 5 U.S.C. §701 *et seq.* are unlawfully withholding and unreasonably delaying action on Plaintiffs' application and have subsequently failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case.

30.    Plaintiffs have made numerous status inquiries in the attempt to secure adjudication of their applications, to no avail.  Accordingly, Plaintiffs have been forced to pursue the instant action.

## **PRAYER**

WHEREFORE, Shin requests that this Honorable Court enter an order:

(a)    Requiring Defendants to adjudicate Plaintiffs' Applications for Lawful Permanent Resident Status  (Form I-485);

(b)    Awarding Plaintiffs reasonable attorney's fees pursuant to 28 U.S.C. §2412 for failure of the Defendants to perform their duties within a reasonable amount of time; and

(c)    Granting such other relief at law and in equity as justice may require.

Respectfully submitted,

s/SHANNON M. SHEPHERD
Shannon M. Shepherd
AzulaySeiden Law Group
Attorneys for Plaintiff
205 North Michigan Ave., 40th Floor
Chicago, IL 60601
(312) 832-9200
Attorney #6280271

**NOTICE OF FILING**

TO:

US Attorney General
Michael B. Mukasey
950 Pennsylvania Ave., NW
Washington, D.C. 20530
**Via Certified Mail**

District Director, USCIS
Donald Ferguson
101 West Congress Pkwy.
Chicago, IL 60605
**Via Certified Mail**

United States Attorney
219 South Dearborn, 5th Fl.
Chicago, IL 60604
**Via Certified Mail**

Office of General Counsel
Michael Chertoff
U.S. Dept. of Homeland Security
Washington, D.C.  20528
**Via Certified Mail**

PLEASE TAKE NOTICE that on April 1, 2008, Plaintiff electronically filed with the United States District Court for the Northern District of Illinois, her Complaint for Writ of Mandamus.

s/SHANNON M .SHEPHERD
Shannon M. Shepherd
AzulaySeiden Law Group
Attorneys for Plaintiff
205 North Michigan Ave., 40th Floor
Chicago, IL 60601
(312) 832-9200
#6280271

08CV1870   AEE
JUDGE GUZMAN
MAGISTRATE JUDGE VALDEZ

소지인의 서명
SIGNATURE OF BEARER _____

# TRAVEL CERTIFICATE

I, the undersigned, HYEJEONG AHN
CONSUL
of the Republic of Korea, request all those whom it may concern
to allow the bearer to pass freely without delay or hindrance and
to afford the bearer such assistance and protection as may be
necessary:

The validity of this certificate will expire on ~~10 AUG 06~~
or upon the bearer's return to ~~arrival in~~ UNITED STATES

Seal & Signature _____ for the Minister of
Foreign Affairs and Trade



대 한 민 국 / REPUBLIC OF KOREA

여행증명서
TRAVEL CERTIFICATE

종류/Type **PT**    발행국/Country code **KOR**    증명서 번호/Certificate No. **CG9060031**

성/Surname
**SHIN (W/O LEE)**

명/Given name(s)
**HEE YOO**

국적/Nationality **KOREA**      성별/Sex **F**

생년월일/Date of birth **01 APR 52**     주민등록번호/Personal No. **2010026**

발급일/Date of issue **10 FEB 06**     발행관청/Authority MINISTRY OF FOREIGN AFFAIRS AND TRADE

기간만료일/Date of expiry **10 AUG 06**    한글성명 신희요

목적지/Destination
**KOREA, UNITED STATES**

PTKORSHIN<<HEE<YOO<<<<<<<<<<<<<<<<<<<<<<<<<<
CG90600319KOR5204010F06081072010026<<<<<<<90





소지인의 서명
SIGNATURE OF BEARER

# TRAVEL CERTIFICATE

I, the undersigned, **HYEJEONG AHN**
**CONSUL**
of the Republic of Korea, request all those whom it may concern
to allow the bearer to pass freely without delay or hindrance and
to afford the bearer such assistance and protection as may be
necessary.

The validity of this certificate will expire
or upon the bearer's return to/arrival in UNITED STATES

Seal & Signature



대 한 민 국 / REPUBLIC OF KOREA

여행증명서
TRAVEL CERTIFICATE

종류/Type  발급국/Country code  증명서 번호/Certificate No.
**PT**      **KOR**              **CG9060030**

성/Surname
**CHO**
명/Given-name(s)
**IN SANG**
국적/Nationality              성별/Sex
**KOREA**                      **M**
생년월일/Date of birth          주민등록번호/Personal No.
**07 MAY 37**                  **1029414**
발급일/Date of issue           발급관청/Authority
**10 FEB 06**                  **MINISTRY OF FOREIGN AFFAIRS AND TRADE**
기간만료일/Date of expiry       발급자
**10 AUG 06**                  **조 인 상**
목적지/Destination
**KOREA UNITED STATES**

PTKORCHO<<IN<SANG<<<<<<<<<<<<<<<<<<<<<<<<<<<<
CG90600308KOR3705074M06081071029414<<<<<<<36





U.S. Department of Justice
Immigration and Naturalization Service                              **Notice of Action**

# THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| RECEIPT NUMBER<br>LIN-02-195-51559 | CASE TYPE  I140<br>IMMIGRANT PETITION FOR ALIEN WORKER | |
| RECEIPT DATE<br>May 28, 2002 | PRIORITY DATE<br>February 13, 2001 | PETITIONER<br>APPLE JEWELRY |
| NOTICE DATE<br>November 30, 2002 | PAGE<br>1 of 1 | BENEFICIARY<br>SHIN, HEE YOO |

| | |
|---|---|
| SUSAN YOO<br>AZULAY HORN KHALAF & YOO<br>ONE E WACKER DR 2700<br>CHICAGO IL 60601 | Notice Type:  Approval Notice<br>Section: Skilled Worker or<br>Professional,<br>Sec.203(b)(3)(A)(i) or (ii) |

The above petition has been approved.  The petition indicates that the person for whom you are petitioning is in the
United States and will apply for adjustment of status.  If so, she should contact the local INS office to obtain form
I-485, Application for Permanent Residence.  A copy of this notice should be submitted with the application, with
appropriate fee, to this Service Center.  Additional information about eligibility for adjustment of status may be
obtained from the local INS office serving the area where she or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition,
the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office
to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action.  The NVC also determines which
consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to
that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 92521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830





U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

### THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT |
|---|---|
| LIN-03-076-50063 | RESIDENT STATUS |

| RECEIVED DATE | PRIORITY DATE | APPLICANT A96 141 185 |
|---|---|---|
| December 23, 2002 | | SHIN, HEE YOO |

| NOTICE DATE | PAGE |
|---|---|
| January 7, 2003 | 1 of 1 |

SUSAN S. YOO
AZULAY HORN KHALAF & YOO
ONE E WACKER DR 2700
CHICAGO IL 60601

Notice Type:  Receipt Notice

Amount received: $ 1305.00
Section: Adjustment as direct
         beneficiary of immigrant
         petition

The above application or petition has been received. It normally takes 450 to 480 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information directly from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this form).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER LIN-03-076-50089 | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|
| RECEIVED DATE December 23, 2002 | PRIORITY DATE | APPLICANT A95 911 314 CHO, IN SANG |
| NOTICE DATE January 7, 2003 | PAGE 1 of 1 | |

| | |
|---|---|
| SUSAN S. YOO AZULAY HORN KHALAF & YOO ONE E WACKER DR 2700 CHICAGO IL 60601 | Notice Type: Receipt Notice Amount received: $ 1305.00 Section: Derivative adjustment |

The above application or petition has been received. It usually takes 450 to 480 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-325-7830 to obtain case status information directly from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P. O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



ATT: Vangre
Fax: 312-832-9212

2-1



**U.S. Department of Homeland Security**
10 West Jackson Boulevard
Chicago, IL  60604

**U.S. Citizenship
and Immigration
Services**

HEE YOO SHIN
5342 N. KEDZIE AVE., APT. 9
CHICAGO, IL  60625

Date: March 31, 2005
File Number: 96141185

## Appointment Notice

You are scheduled for an interview regarding your I-485 Application to Adjust Status to that of a
lawful permanent resident.  Please appear with your petitioner on 5/26/2005 at 8:10:00 A.M. Your
local USCIS office is located at: 230 S. Dearborn Street, 2nd Floor, Chicago, Illinois.

PLEASE READ THE INSTRUCTIONS BELOW:
**IF YOU DO NOT SPEAK ENGLISH PLEASE BRING AN ADULT TRANSLATOR
*(FAMILY MEMBERS AND ATTORNEYS ARE NOT ACCEPTABLE TRANSLATORS)*
YOU MUST BRING ORIGINALS AND COPIES OF THE FOLLOWING DOCUMENTS:**
- MEDICAL EXAMINATION FORM I-693 IN A SEALED ENVELOPE
- AFFIDAVIT OF SUPPORT FORM I-864 (WITH YOUR TAX RETURNS FOR THE LAST 3
  YEARS, W-2's and current job letter).
- CERTIFIED COURT DISPOSITIONS (for ALL arrests, no matter how long ago the arrest
  occurred)
- 2 Color ADIT-Style photographs
- Photo identification for yourself and your petitioner
- Your employment authorization card
- English translations of any foreign documents (Use certified translators only)
- Proof of legal entry into the United States, passport and/or proof of payment of I-485 Supplement A
- Birth certificates for beneficiary, petitioner and ALL children
- Marriage certificates (If married previously, proof of termination of ALL previous marriages)
- If applying based on marriage to a U.S. citizen or lawful permanent resident:
  - Wedding or family photos
  - Proof of joint residence (i.e., mortgages, leases, and utility bills)
  - Proof of joint credit and joint purchases
  - Bank statements and credit card statements
  - Proof of medical, dental, and life insurance

Failure to appear for the scheduled interview will be deemed an abandonment of the application and will result in a
denial of the application pursuant to 8 CFR 103.2(b)(13).

Sincerely,

Michael M. Comfort
District Director

SUSAN S. YOO
ONE EAST WACKER DR., STE. 2700
CHICAGO, IL  60601

Examiner: 14
For Questions and Concerns Contact: Website: www.uscis.gov, Telephone: 1-800-375-5283, TTY: 312-3





# DEPARTMENT OF HOMELAND SECURITY
## U. S. Citizenship and Immigration Service
### Chicago District Office

## STATUS INQUIRY FORM

DATE: JULY 5, 2006

## CORRESPONDENCE DETAILS

### On Behalf of (Applicant):

A Number: 95-911-314

Name: CHO (Last)  IN (First)  SANG (Middle)

Mailing Address: 5342 N. KEDZIE.  Apt # 9

City: CHICAGO  State: IL  Zip Code: 60625

Daytime Phone Number: 773-478-8928

Country of Birth: S. KOREA  Date of Birth: 5/7/37

☐ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
☐ Applicant  ☒ Attorney  ☐ CBO

Name: AZULAY (Last)  JUDD (First)  Middle

Firm / Organization: AZULAY, HORN & SEIDEN, LLC

Mailing Address: 205 N. MICHIGAN AVE.

Suite # or Apt. # : 40th. FLOOR

City: CHICAGO  State: IL  Zip Code 60601

Phone No.: 312-832-9200

## CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: GENERAL  Request Type (check all that apply): ☐ Address Change  ☒ General  ☐ Received Documents

Type of Application (check one): ☒ Adjustment of Status  ☐ Citizenship

FORM FILED (check boxes below that apply):  DATE APPLICATION FILED: 12-23-2002

☐ I-130  ☒ I-485  ☐ I-751  ☐ I-765  ☐ I-824

☐ N-336  ☐ N-400  ☐ N-565  ☐ N-600  ☐ N-643  ☐ Other: _____

REQUEST RESCHEDULE FOR (check one): ☐ Interview  ☐ Oath  ☐ Fingerprinting

Additional Comments: PLEASE EXPEDITE I-485 PROCESSING.

*** INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED
REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

*** CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: X _____  Date: _____

EXHIBIT
C

*** MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL. 60690
CU Revised 08/14/03



# DEPARTMENT OF HOMELAND SECURITY
## U. S. Citizenship and Immigration Service
### Chicago District Office

# STATUS INQUIRY FORM

DATE:  JULY 5, 2006

## CORRESPONDENCE DETAILS

### On Behalf of (Applicant):

A Number: 96-141-185

Name: SHIN          HEE          YOO
      Last          First        Middle

Mailing Address: 5342 N. KEDZIE.      Apt # 9

City: CHICAGO.       State: IL    Zip Code: 60625

Daytime Phone Number: 773-478-8928

Country of Birth: S. KOREA      Date of Birth: 4/1/52

☐ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
☐ Applicant   ☒ Attorney   ☐ CBO

Name: AZULAY          JUDD
      Last           First          Middle

Firm / Organization: AZULAY, HORN & SEIDEN, LLC.

Mailing Address: 205 N. MICHIGAN AVE.

Suite # or Apt. # : 40th. FLOOR

City: CHICAGO          State: IL    Zip Code 60601

Phone No.: 312-832-9200

## CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: GENERAL      Request Type (check all that apply): ☐ Address Change   ☒ General   ☐ Received Documents

Type of Application (check one): ☒ Adjustment of Status   ☐ Citizenship

FORM FILED (check boxes below that apply):          DATE APPLICATION FILED: 12-23-2002

☐ I-130   ☒ I-485   ☐ I-751   ☐ I-765   ☐ I-824

☐ N-336   ☐ N-400   ☐ N-565   ☐ N-600   ☐ N-643   ☐ Other: _____

REQUEST RESCHEDULE FOR (check one): ☐ Interview      ☐ Oath      ☐ Fingerprinting

Additional Comments: PLEASE EXPEDITE I-485 PROCESSING.

*** INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED
REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

*** CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: X  _____          Date: 7/9/06

*** MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL. 60690
CU Revised 08/14/03



**U.S. Citizenship
and Immigration
Services**

October 6, 2006

Y. Judd Azulay
Azulay, Horn & Seiden, LLC
205 North Michigan Avenue, #40th Floor
Chicago, IL 60601

RE: A95 141 185 – Shin, Hee Yoo

Dear Attorney Azulay:

This letter is in response to your inquiry dated July 05, 2006. . Our records indicate that Hee Yoo Shin is under further review by the adjudicating officer. All evidence submitted by your client in support of the application and/or petition for the immigration benefit being sought is being examined.

Cases may require additional review for a variety of reasons. When it is in the interest of upholding the United States immigration laws both in terms of enforcement and rights to privacy, that information may not be disclosed. It is difficult to predict with accuracy when this review will be completed. Every effort is being made to render an accurate and final decision in a timely manner. We ask that your constituent allow at least 90 days for a response before inquiring again.

We thank you your understanding and patience in this matter.

Sincerely,

Ruth A. Dorochoff
District Director

RAD: tak





U.S. Department of Homeland Security
USCIS
101 West Congress Parkway
Chicago, IL 60605

**U.S. Citizenship
and Immigration
Services**

Wednesday, October 18, 2006

AHEE YOO SHIN
205 NORTH MICHIGAN AVENUE
40TH FLOOR
CHICAGO IL 60601

Dear AHEE YOO SHIN:

On 10/04/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | CHOI COON |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | LIN-03-076-50063 |
| **Beneficiary (if you filed for someone else):** | SHIN, AHEE YOO |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services
cc: CHOI COON



LAW OFFICES OF
AZULAY, HORN & SEIDEN, LLC

205 North Michigan Avenue    ph. 312.832.9200
40th Floor                   fx. 312.832.9212
Chicago, Illinois 60601      www.ahslaw.com

FROM THE DESK OF:
Ellen Kassis
312.832.9200 x129
ekassis@ahslaw.com

October 30, 2007

US Citizenship and Immigration Services
101 W Congress Parkway
Chicago, IL 60605
Attn: Mr. Blackwood

Re: Immigration Matters of Hee Yoo Shin and In Sang Cho
    Application: I-485 Adjustment of Status
    Petitioner: Apple Jewelry
    Beneficiary: Hee Yoo Shin
    Derivative Spouse: In Sang Cho

Dear Mr. Blackwood:

We represent the above named petitioner, beneficiary, and derivative spouse in their immigration matters.

We are writing to inquire about the status of Ms. Shin's and Mr. Cho's Adjustment of Status applications, which have been pending since December 23, 2002.

Over the past several years, we have pursued adjudication for our clients' applications through a series of phone inquiries, letters, and infopass appointments. The most recent response from your department, dated October 6, 2006, indicated that our clients' applications were still "under further review by the adjudicating officer." A year has elapsed since this correspondence, and we still have not received any news or a decision concerning this case.

To date, our clients have been waiting for almost five years. Therefore, we request that these applications be adjudicated and a decision rendered as soon as possible.

Sincerely,

Ellen Kassis
Azulay, Horn & Seiden, LLC

EK/mk/Encl.
Our File No.: 101-90254
cc: Y. Judd Azulay

